694 OCTOBER TERM, 1926.

No. 374. PULITZER PUBLISHING COMPANY *v.* HOUSTON PRINTING COMPANY. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. John F. Green* for petitioner. No appearance for respondent.

No. 376. MISSOURI PACIFIC RAILROAD COMPANY *v.* H. K. WELLBORN AND J. A. WALLS, UNDER THE FIRM NAME OF WELLBORN AND WALLS. October 11, 1926. Petition for writ of certiorari to the Supreme Court of the State of Arkansas denied. *Messrs. Robert E. Wiley* and *Edgar B. Kinsworthy* for petitioner. *Mr. Tillman B. Parks* for respondents.

No. 379. INTERNATIONAL-GREAT NORTHERN RAILROAD COMPANY ET AL. *v.* T. A. BINFORD, SHERIFF ET AL. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Sam Streetman* and *Samuel B. Dabney* for petitioners. *Messrs. Jewel P. Lightfoot, John W. Brady,* and *George L. Edwards* for respondents.

No. 380. INTERNATIONAL-GREAT NORTHERN RAILROAD COMPANY ET AL. *v.* GEORGE EDGELEY ET AL. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Sam Streetman* and *Samuel B. Dabney* for petitioners. No appearance for respondents.

No. 382. FRANK C. HART *v.* UNITED STATES. October 11, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Martin L. Pipes* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.